No. 05-19-00360-CV

In The Court of Appeals
Fifth District of Texas at Dallas
No. 05-19-00360-CV

RECEIVED
COURT OF APPEALS

MAY 0 1 2019

LISA MATZ
CLERK, 5th DISTRICT

FILED IN
Court of Appeals

MAY 0 1 2019

Lisa Matz
Clerk, 5th District

Ronald Sutherland, Appellant

v

Heather Michelle Maim, et al., Appellees

Motion To Suspend Appellate Rules

Sutherland moves this court to suspend Rules pursuant to T.R.A.P. Rule 2. Sutherland is afforded very little time in law library and for that reason cannot research all the Rules necessary for this brief. Sutherland prays this court suspends operation of all T.R.A.P. Rules for this appeal.

Respectfully Submitted,
Ron Sutherland

Certificate of Service

I, Ronald Sutherland, do hereby declare that on the date indicated below a true copy of the foregoing motion was sent to Heather Maim and Derek Renshaw at 201 Oak, Lancaster, TX 76154 by first class US mail, postage prepaid. 4/23/19 Ron Sutherland

Ronald Sutherland #96265
ROOK Ramsey
Decatur, TX 76234

**RECEIVED**
COURT OF APPEALS

MAY 0 1 2019

LISA MATZ
CLERK, 5th DISTRICT

**W.C.S.O. Jail**
**Inmate Mail**

Legal

Fifth Court of Appeals
600 Commerce #200
Dallas, TX 75202

75202-465399